# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**D'ANDRE BANNISTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-915

[September 1, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 502002CF009204A.

D'Andre Bannister, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and GERBER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***